# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAKHTAR YAHIA NAJI AL-WRAFIE, )
(ISN 117) )
          Petitioner, )
)
v. )        Civil Action No. 09-cv-2368 (RCL)
)
BARACK OBAMA, )
President of the United States, )
*et al.*, )
)
          Respondents. )
)

## [~~PROPOSED~~] ORDER

It is hereby **ORDERED** that Respondents' Motion For An Extension of Time To Complete Production Of Additional Evidence, filed in the above-captioned case on May 18, 2011, is **GRANTED**. Respondents shall produce any additional evidence on which they intend to rely no later than June 1, 2011.

It is also **ORDERED** that Petitioner's deadline for producing rebuttal evidence is re-set. Petitioners shall produce any rebuttal evidence no later than June 29, 2011.

Date: 5/27/11

_____
The Honorable Royce C. Lamberth
United States District Judge